UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RONALD COOPER #152192, | ) |
| Plaintiff, | ) Case No. 2:05-cv-28 |
| v. | ) HON. GORDON J. QUIST |
| TIMOTHY LUOMA, et al., | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On January 14, 2004, the court issued an order denying Plaintiff leave to proceed *in forma pauperis* because he was barred by the "three-strikes" rule of 28 U.S.C. § 1915(g). The court required Plaintiff to pay the entire filing fee for a civil action of $250.00 within thirty days, and warned that his case would be dismissed without prejudice should he fail to comply.

Thirty days have now elapsed, and Plaintiff has not paid the fee. Instead, Plaintiff has filed a motion for reconsideration (docket #26), which alleges that case numbers 2:03-cv-145, 2:03-cv-69 and 2:05-cv-24 should not be considered as strikes because they were not dismissed. However, the court notes that the order denying *in forma pauperis* status did not rely upon the above cases. Rather, the following cases were listed as strikes: *Cooper v. Beth*, No. 1:96-cv-817 (W.D. Mich., Oct. 18, 1996); *Cooper v. Vidor, et al.*, No. 1:92-cv-234 (W.D. Mich., Feb. 2, 1993); *Cooper v. Toombs, et al.*, No. 1:90-cv-684 (W.D. Mich., Aug. 31, 1990) (docket #14). Therefore, the reasons set forth by Plaintiff in support of his motion are not persuasive.

- 2 -

Moreover, because Plaintiff has failed to comply with the order to pay the entire filing fee, dismissal of this action without prejudice is appropriate.

Therefore:

**IT IS ORDERED** that Plaintiff's motion for reconsideration of the denial of *in forma pauperis* status (docket #26) is **DENIED.**

**IT IS FURTHER ORDERED** the captioned case be and hereby is **DISMISSED** without prejudice.

Dated:  April 21, 2005 /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE